```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

       CFCU COMMUNITY FEDERAL CREDIT UNION

                       Appelant(s)

           -vs-                                      06-Cv-6596T

       TAMELA S. FRISBIE

                       Appellee(s)

_____


       The above case is transferred from Hon. Michael A.

Telesca to Hon. Charles J. Siragusa.

       SO ORDERED.


                                      S/ MICHAEL A. TELESCA
                                     MICHAEL A. TELESCA
                                     United States District Judge

Dated:  Rochester, New York
        December 6, 2006
```